UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Sylvia Jones,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>-v.-<br><br>Mountain Run Solutions, LLC,<br>and John Does 1-25.<br><br>Defendant(s). | Civil Action No: 2:20-cv-879 |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST MOUNTAIN RUN SOLUTIONS, LLC**

Plaintiff, Sylvia Jones, by and through her attorneys, Stein Saks, PLLC, moves for a Default Judgment against Mountain Run Solutions, LLC, in default for its failure to timely appear and Answer the Complaint. In support thereof, Plaintiff states as follows:

1. The Complaint in this action was filed on October 28, 2020. ECF Doc. 1.

2. On December 3, 2020, Defendant Mountain Run Solutions, LLC ("Defendant") was served with the Summons and Complaint. Doc. 8.

3. Defendant failed to timely appear and answer the complaint.

4. To date no appearance, answer or other responsive pleading has been filed.

5. Pursuant to Fed. R. Civ. P. 55(a) a Clerk's Default was entered on July 13, 2021 against Defendant.

6. Plaintiff's counsel has attached an affidavit of amounts due to respectfully ask that the Court enter judgment in this amount.

7. Although this case was filed as a putative class action, no class was ever certified.

8. Plaintiff is making this motion on behalf of herself only and upon entry asks that, to the extent necessary, the putative class members be dismissed without prejudice.

WHEREFORE, Plaintiff, Christina Reynolds, moves to grant his Motion for Default Judgment against Defendant, Mountain Run Solutions, LLC.

Dated: September 2, 2021                              Respectfully submitted,

                                                                                    Stein Saks, PLLC

                                                                                    <u>s/ Raphael Deutsch</u>
                                                                                    Raphael Deutsch, Esq.
                                                                                    Stein Saks, PLLC
                                                                                    One University Plaza, Suite 620
                                                                                    Hackensack, NJ, 07601
                                                                                    (201) 282-6500

                                                                                    *Attorneys for Plaintiff appearing Pro Hac Vice*

**CERTIFICATE OF SERVICE**

Under penalties of perjury the undersigned states that on September 2, 2021, the following documents:

1) Motion for Default Judgment,
2) Memorandum in Support of Entry of Default Judgment,
3) Affidavit of Amount Due, and
4) Proposed Order

Were served on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, via certified mail, and deposited said envelope in the United States mail.

Mountain Run Solutions, LLC
313 E. 1200 S, Suite 102
Orem, UT 84058

                                                               Stein Saks, PLLC

                                                               s/ Raphael Deutsch
                                                               Raphael Deutsch, Esq.
                                                               Stein Saks, PLLC
                                                               One University Plaza, Suite 620
                                                               Hackensack, NJ, 07601
                                                               (201) 282-6500

                                                               *Attorneys for Plaintiff appearing Pro Hac Vice*