IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SYLVIA JONES, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 2:20-CV-879-WKW<br>) |
| MOUNTAIN RUN SOLUTIONS, LLC, | )<br>)<br>) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the order entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court that default judgment is entered in favor of Plaintiff Sylvia Jones and against Defendant Mountain Run Solutions, LLC, in the amount of $4,632. Claims by putative class members are DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 22nd day of November, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE